1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar Number 7709
3  JOSHUA BRISTER
Assistant United States Attorney
4  501 Las Vegas Boulevard South
Suite 1100
5  Las Vegas, Nevada 89101
702-388-6370 (phone)
6  702-388-5087 (fax)
joshua.brister@usdoj.gov
7  *Attorney for the United States of America*

FILED.

DATED: 4:41 pm, June 29, 2023

U.S. MAGISTRATE JUDGE

8             **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**
9

10 IN THE MATTER OF THE                    Case No. 2:22-mj-00942-DJA
   APPLICATION OF THE UNITED
11 STATES OF AMERICA FOR A                 **MOTION TO UNSEAL**
   WARRANT AUTHORIZING THE
12 CONTINUED INSTALLATION AND
   MONITORING OF A TRACKING
13 DEVICE IN OR ON A BLACK 2008
   LEXUS IS350, BEARING NEVADA
14 LICENSE PLATE 471V11, AND/OR
   VIN# JTHBK262685079520.

15

16      The United States of America, by Jason M. Frierson, United States Attorney, and

17 Joshua Brister, Assistant United States Attorney, moves for an Order to unseal the above

18 captioned case number.

19      1.      On October 24, 2022, the Honorable Daniel J. Albregts authorized a GPS

20 tracking warrant for a black 2008 Lexus IS350, bearing Nevada license plate number 471V11

21 and/or VIN# JTHBK262685079520, in Case Number 2:22-mj-00942-DJA.

22      2.      On December 7, 2022, the Honorable Daniel J. Albregts authorized the

23 extension of the GPS tracking warrant for Case Number 2:22-mj-00942-DJA.

3.      Charges are pending against the target of the government's investigation in the State of Nevada. The Government seeks to unseal the above captioned matter so that the documents can be provided in discovery.

DATED this 29th day of June, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney
District of Nevada


_Joshua Brister_
_____
JOSHUA BRISTER
Assistant United States Attorney

2

FILED.

**UNITED STATES DISTRICT COURT**
DATED: 4:42 pm, June 29, 2023
**DISTRICT OF NEVADA**

U.S. MAGISTRATE JUDGE

IN THE MATTER OF THE
APPLICATION OF THE UNITED
STATES OF AMERICA FOR A
WARRANT AUTHORIZING THE
CONTINUED INSTALLATION AND
MONITORING OF A TRACKING
DEVICE IN OR ON A BLACK 2008
LEXUS IS350, BEARING NEVADA
LICENSE PLATE 471V11, AND/OR
VIN# JTHBK262685079520.

Case No. 2:22-mj-00942-DJA

**MOTION TO UNSEAL**

Based upon the Motion of the Government, and good cause appearing, **IT IS**

**HEREBY ORDERED** that the above captioned matter and all documents filed therein are

unsealed.

DATED this __29th__ day of June, 2023.

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE